IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| Jennifer L. Boatwright, | ) | C/A No.: 3:19-614-JMC-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Parent BG OPCO TRS LLC, | ) | |
| Defendant. | ) | |

This action was filed in this court on March 1, 2019. [ECF No. 1]. Pursuant to the Scheduling Order, dispositive motions, if any, were to be filed by no later than December 27, 2019. [ECF No. 13]. This deadline has now expired.

Because the discovery and dispositive motions deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

December 30, 2019
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge